Matter of Manufacturers & Traders Trust Co. (Robert S. Bassett Trust) (2023 NY Slip Op 02257)

Matter of Manufacturers & Traders Trust Co. (Robert S. Bassett Trust)

2023 NY Slip Op 02257

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND GREENWOOD, JJ.

397 CA 22-00577

[*1]IN THE MATTER OF THE INTERMEDIATE ACCOUNTING OF MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE OF THE ROBERT S. BASSETT TRUST NUMBER 7 OF 1974, FOR THE PERIOD COVERING SEPTEMBER 7, 1983 TO OCTOBER 18, 2013, PETITIONER-RESPONDENT; IN THE MATTER OF THE INTERMEDIATE ACCOUNTING OF MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE OF THE ROBERT S. BASSETT TRUST NUMBER 7 OF 1974, FOR THE PERIOD COVERING OCTOBER 19, 2013 TO MAY 15, 2017, PETITIONER-RESPONDENT; SUE M. WILLIAMS, DANIEL H. WILLIAMS, IV, JENNIFER B. WILLIAMS, AMELIA J. WILLIAMS, A MINOR BY AND THROUGH HER NATURAL FATHER AND GUARDIAN DANIEL H. WILLIAMS, IV, BRODERICK D. WILLIAMS, A MINOR BY AND THROUGH HIS NATURAL FATHER AND GUARDIAN DANIEL H. WILLIAMS, IV, AND JOSEPH H. CHAPMAN, A MINOR BY AND THROUGH HIS NATURAL MOTHER AND GUARDIAN JENNIFER B. WILLIAMS, OBJECTANTS-APPELLANTS.

DANIEL H. WILLIAMS, III, FLAGSTAFF, ARIZONA, FOR OBJECTANTS-APPELLANTS.
HODGSON RUSS LLP, BUFFALO (KEVIN M. KEARNEY OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Surrogate's Court, Erie County (Stephen W. Cass, A.S.), entered January 27, 2022. The order, inter alia, granted in part petitioner's motion for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court